UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DEBORAH A. ZUREK                         :
                                         :
                                         :    **CONSENT ORDER AWARDING**
                        Plaintiff,       :    **ATTORNEY'S FEES UNDER THE**
                                         :    **EQUAL ACCESS TO JUSTICE ACT**
            v.                           :    **(EAJA), 28 U.S.C. 2412(d)**
                                         :
ANDREW SAUL                              :
Commissioner of Social Security          :    Hon. David E. Peebles, U.S.M.J.
                                         :    Civil Action No. 6:18-cv-00586-DEP
                                         :
                                         :
                        Defendant.       :
-----------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice

Act (EAJA) (28 U.S.C. § 2412) in the amount of $8,375.00 (Eight Thousand Three Hundred and

Seventy-Five Dollars) for attorney fees. Such award is made in full satisfaction of any claim for

fees, costs and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if

Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff

owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this    day of              2019;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.


Dated: September 20, 2019              _____
                                       David E. Peebles
                                       United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

By:

Kathryn Pollack
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
212-264-2331
Kathryn.Pollack@ssa.gov

9/19/2019

Howard D. Olinsky
Olinsky Law Group
250 S Clinton St
Suite 210
Syracuse, NY 13202
315-701-5780
Email: holinsky@windisability.com